# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3491
_____

KRISTINA SHAW,

Appellant,

v.

THEODORE SLATER,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Mary Polson, Judge.

July 12, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Maria G. Rodriguez, Gulf Breeze, for Appellant.

Casey P. Waterhouse of Waterhouse Law Firm, P.A., Shalimar, for Appellee.